UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
 :
ABCNY, INC., :
 :
                              Plaintiff, :                23-CV-9094 (JMF)
 :
            -v- :                     ORDER
 :
AXIS SURPLUS INSURANCE COMPANY et al., :
 :
                             Defendants. :
 :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of Defendants' new motion to dismiss, *see* ECF No. 18, Defendants' earlier motion to dismiss filed at ECF No. 13 is hereby DENIED as moot.  Plaintiff's opposition to the new motion to dismiss is due by **January 16, 2024**.  Defendants' reply, if any, is due by **January 23, 2024**.

      The Clerk of Court is directed to terminate ECF No. 13.

      SO ORDERED.

Dated: January 2, 2024
       New York, New York
                                                       JESSE M. FURMAN
                                                  United States District Judge