THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ABCNY, INC.,                                                    NOTICE OF APPEAL

                             Plaintiff,    Case No.: 23-cv-9094-JMF

                      -against-

AXIS SURPLUS INSURANCE COMPANY,
LANDMARK AMERICAN INSURANCE
COMPANY, and STARSTONE SPECIALTY
INSURANCE COMPANY,

                           Defendants.
------------------------------------------------------------X

      Notice is hereby given that the Plaintiff, ABCNY, INC., in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from a Decision and Order of Honorable Judge Jesse M. Furman, entered in this action on the 25th day of June, 2024 [DE 24] and the Judgment entered thereon the 25th day of June, 2024 [DE 25], a true and correct copy of each is attached.

Dated: July 25, 2024
      Melville, New York

                                              AGULNICK KREMIN P.C.

                                              _____
                                              Todd D. Kremin, Esq.
                                              *Attorneys for Plaintiff*
                                              510 Broadhollow Road, Suite 303
                                              Melville, New York 11747
                                              Tel: (718) 352-4800
                                              Tkremin@agulnickkremin.com

TO:

**MOUND COTTON WOLLAN
& GREENGRASS LLP**
Wayne R. Glaubinger, Esq.
Guyon H. Knight, Esq.
*Attorneys for Defendants*
**AXIS SURPLUS INSURANCE COMPANY,
LANDMARK AMERICAN INSURANCE
COMPANY and STARSTONE
SPECIALTY INSURANCE COMPANY**
One New York Plaza
New York, NY 10004
Tel: (212) 804-4200
wglaubinger@moundcotton.com
gknight@moundcotton.com